UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELENA STURDZA, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>UNITED ARAB EMIRATES, *et al.*, )<br>)<br>    Defendants. ) | Misc. No. 02-0435 (RJL) |

## ORDER

This matter is before the Court on plaintiff's Motion for Reconsideration of Court's Dismissal Order of 01.11.10, which dismissed the complaint on the ground that the claims are barred by the doctrine of res judicata. *Sturdza v. United Arab Emirates*, Misc. No. 02-0435, 2010 WL 97986, at *2 (D.D.C. Jan. 11, 2010). The Court has reviewed the motion and the record of this case, and finds that plaintiff presents no persuasive argument to warrant the relief she seeks.

Accordingly, it is hereby

ORDERED that plaintiff's Motion for Reconsideration of Court's Dismissal Order of 01.11.10 [Dkt. #22] is DENIED.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

DATE: 4/8/10